I accordance with ~~Reese~~ EX parte, Rendon, 326 S.W. 3D 73,202-03
221 (Tex. Crim App. 2010). On ~~verifie~~ verification
Issue prescribed By the courts of Appellate procedure
73.1 I'd Like to file the enclosed verification
forms and Attach it to 11.07 to Be in compliance
with the Texas Rules of Appellate procedure

WR-73,202-03

William mark Gibson

8-3-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

## PETITIONER'S INFORMATION

Petitioner's printed name: William mark Gibson

State bar number, if applicable: NA

Address: 59 Darrington Rd
Rosharon Tx. 77583
— Darrington unit

Telephone: N A

Fax: N A

## INMATE'S DECLARATION

I, William Mark Gibson , am the applicant / petitioner (circle one) and being presently incarcerated in T.D.C.J-Id, Darrington unit declare under penalty of perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on 8-3- ,20 15.

William Gibson

Signature of Applicant / Petitioner (circle one)

17

## PETITIONER'S INFORMATION

Petitioner's printed name: William Mark Gibson

Address: 59 Darrington Rd.

Rosharon TX.

77583

Telephone: — NA

Fax: — NA

Signed on 8-3 , 20 15 .

William Gibson

Signature of Petitioner

18

Rev. 01/14/14